IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1443-SLR |
| | ) |
| ALFRESCO SOFTWARE LTD. and | ) |
| ALFRESCO SOFTWARE, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff Data Speed Technology LLC and Defendants Alfresco Software. Ltd. and Alfresco Software, Inc. (together, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all Plaintiff's claims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Stephen B. Brauerman* | /s/ *Stephen J. Kraftschik* |
| Richard D. Kirk (#922) | Karen Jacobs (#2881) |
| Stephen B. Brauerman (#4952) | Stephen J. Kraftschik (#5623) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | kjacobs@mnat.com |
| sbrauerman@bayardlaw.com | skraftschik@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

May 14, 2014

SO ORDERED this ____ day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE